IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bailey Broadbent, et al.,  :  | |
| : | |
| Plaintiff(s),  : | |
| : | Case Number: 1:10cv943 |
| vs.  : | |
| : | Chief Judge Susan J. Dlott |
| Americans for Affordable Healthcare, Inc., et al.,  : | |
| : | |
| Defendant(s).  : | |

RECOMMITTAL ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge filed with this Court on March 27, 2012 a Report and Recommendation (Doc. 214) regarding Plaintiffs' Motion for Default Judgment (Doc. 199).

With that Report and Recommendation, Magistrate Judge Bowman recommends that:

(1) Plaintiffs' motion for default judgment (Doc. 199) should be GRANTED, in part; and
(2) Default judgment should be entered in favor of Plaintiffs, jointly and severally, against Defendants Americans for Affordable Healthcare, Inc.; Benetrust Corp.; Craig Cooke; Donald Densmore; IRG Brokerages, LLC; Gary L. Karns; Karns, Inc.; Steven K. McLaughlin; National Alliance of Consumers and Healthcare Professionals; National Association of Consumers Direct; Nuera Direct, Inc; Nuera Meds, Inc.; William Prouty; RX Card Services, Inc. and Robert Stehlin for a total of $1,614,325.00, as outlined above, plus prejudgment and postjudgment interest.

(Doc. 214 at 7.)

This Court has reviewed the Report and Recommendation and related pleadings, noting in particular that although Plaintiffs supported their Motion for Default Judgment with a number

of affidavits and supporting documentation, no hearing was held to address the issue of damages. As the requested damages in this case are substantial, the Court believes it most prudent to return this case to Magistrate Judge Bowman with instructions to conduct an evidentiary hearing on the matter of damages and to consider any timely filed objections to Plaintiff's Motion for Default Judgment or any documents filed in support of that motion.

      IT IS SO ORDERED.

                                                                                                 s/Susan J. Dlott  
                                                        Chief Judge Susan J. Dlott  
                                                        United States District Court