IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bailey Broadbent, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv943 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Americans for Affordable Healthcare Inc., et al.,: | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 27, 2012 (Doc. 264), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 13, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions to dismiss (Docs. 213, 233 and 247) are **DENIED.** The motions to dismiss continue to raise arguments on behalf of AIM. The Bastie Defendants are warned for the final time that they cannot represent AIM as it must have counsel. Any further pleadings on behalf of AIM will be stricken unless an attorney makes an appearance on behalf of AIM and files said pleading.

IT IS SO ORDERED.

                                                            s/Susan J. Dlott
                                                   Chief Judge Susan J. Dlott
                                                   United States District Court