IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Broadbent, et al., :
:
      Plaintiff(s), :
: Case Number: 1:10cv943
vs. :
: Chief Judge Susan J. Dlott
Americans for Affordable Healthcare, Inc., et al, :
:
      Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 18, 2013 a Report and Recommendation (Doc. 294). Subsequently, the defendants Gary Bastie, Roberta Bastie, Jack Winebrenner and Larry Winebrenner filed objections to such Report and Recommendation (Doc. 302).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Bastie's and Winebrenner's motion for summary judgment (Doc. 280) is **DENIED.**

IT IS SO ORDERED.

                              ___s/Susan J. Dlott_____
                              Chief Judge Susan J. Dlott
                              United States District Court