IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bailey Broadbent, et al.,  :
:
      Plaintiff(s).  :
:  Case Number: 1:10cv943
  vs.  :
:  Chief Judge Susan J. Dlott
Americans for Affordable Healthcare, Inc, et al.,:
:
      Defendant(s).  :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 14, 2013 a Report and Recommendations (Doc. 307).  Subsequently, the defendants Gary Bastie and Roberta Bastie filed objections to such Report and Recommendation (Doc. 314).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Plaintiff's motion for default judgment (Doc. 199) is GRANTED.  The default judgment is entered in favor of plaintiffs jointly and severally, against defendants Americans for Affordable Healthcare, Inc.,; Craig Cooke; IRG Brokerages LLC; Gary L. Karns; Karns, Inc.; Nuera Direct, Inc.; Neura Meds, Inc; RX Card Services, Inc. for a total of $1,509,610.54 plus prejudgment and postjudgment interest. Default judgment is also entered in favor of plaintiffs, jointly and severally, against defendants National Alliance of Consumers and Healthcare

Professionals; William Prouty and Robert Stehlin for a total of $216,180.27, plus prejudgment and postjudgment interest.

      IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court