IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bailey Broadbent, et al.,                           :
                                                    :
                    Plaintiff(s),                   :
                                                    :    Case Number: 1:10cv943
            vs.                                     :
                                                    :    Chief Judge Susan J. Dlott
Americans for Affordable Healthcare, Inc.,          :
                                                    :
                    Defendant(s).                   :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States Magistrate

Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the

pleadings and filed with this Court on April 22, 2013 a Report and Recommendation (Doc. 320).

Subsequently, the defendants Gary Bastie, Roberta Bastie, Jack Winebrenner, I. M. Winebrenner,

Jr., and Larry M. Winebrenner (collectively Bastie Defendants)  filed objections to such Report and

Recommendation (Doc. 329).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Recommendation should be adopted.

Accordingly, the Bastie Defendants motion to dismiss (Doc. 301) is **DENIED.**

IT IS SO ORDERED.


_____s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court