IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bailey Broadbent, et al.,                :
                                         :
       Plaintiff(s),                     :
                                         :   Case Number: 1:10cv943
   vs.                                   :
                                         :   Chief Judge Susan J. Dlott
Americans for Affordable Healthcare Inc., et al.,   :
                                         :
       Defendant(s).                     :

ORDER

       The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 27, 2012 (Doc. 214), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 14, 201, hereby ADOPTS said Report and Recommendation.

       Accordingly, plaintiff's motion for default judgment (Doc. 199) is **GRANTED**, in part and default judgment will be entered in favor of the plaintiffs, jointly and severally, against Defendants Americans for Affordable Healthcare, Inc.; Benetrust Corp; Craig Cooke; Donald Densmore; IRG Brokerages, LLC; Gary L. Karns; Karns, Inc.; Steven K. McLaughlin; National Alliance of Consumers and Healthcare Professionals; National Association of Consumers Direct; Nuera Direct, Inc; Nuera Meds, Inc.; William Prouty; RX Card Services, In., and Robert Stehlin for a total of $1,614.325.00 plus prejudgment and postjudgment interest.

       IT IS SO ORDERED.


                              ___s/Susan J. Dlott_____
                              Chief Judge Susan J. Dlott
                              United States District Court