IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bailey Broadbent, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv943 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Americans for Affordable Healthcare, Inc., et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 29, 2013 a Report and Recommendation (Doc. 373). Subsequently, the defendants Gary Bastie, Robert Bastie, Jack Winebrenner and Larry Winebrenner, Jr., filed objections to such Report and Recommendations (Docs. 376 and 384).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for partial summary judgment (Doc. 325) is **DENIED.** Defendant Lawler's motion for summary judgment (Doc. 337) is **DENIED.** Defendants Gary Bastie, Robert Bastie, Jack Winebrenner and L.M. Winebrenner's motion to dismiss is **DENIED**.

This Court will conduct a telephonic status conference in May. A notice will be sent to all parties in the next few weeks.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Chief Judge Susan J. Dlott
   United States District Court