IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bailey Broadbent, et al., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:10cv943 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Americans for Affordable Healthcare, Inc., : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 29, 2014 a Report and Recommendation (Doc. 400).  Subsequently, the defendants Gary Bastie, Roberta Bastie, Jack Winebrenner and Larry Winebrenner, Jr.,  filed objections to such Report and Recommendation (Doc. 401) and plaintiffs' filed a reply to the objections (Doc. 402).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' objections are hereby **OVERRULED.**

The Court finds that plaintiffs' application to the Clerk for entry of default against defendants Association for Independent Managers, Inc., Integrated Insurance Marketing, Inc,

Louis DeLuca, Real Benefits Association, Tannile Ortiz, and Viking Administrators, Inc., (Doc.

287) is well-taken and **ORDERS** that the Clerk enter a default as to those defendants.

IT IS SO ORDERED.


   s/Susan J. Dlott          
Chief Judge Susan J. Dlott
United States District Court